# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DANIEL ARTMANN and<br>KAREN ARTMANN,<br><br>            Plaintiffs,<br><br>vs.<br><br>CENTER GARAGE, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)   Case No. 2:11-CV-00236<br>)<br>)<br>)<br>)<br>)<br>) |

### WRIT OF EXECUTION

**To the United States Marshal in the Northern District of Indiana:**

WHEREAS, Plaintiffs Daniel and Karen Artmann are the owners of a Judgment obtained in this Court against the Defendant and Judgment Debtor Center Garage, Inc. (the "Judgment-Debtor"), entered on the 18th day of October, 2012, in the amount of One Hundred Eighty-One Thousand Eight Hundred Thirteen and 54/100 Dollars ($181,813.54) (the "Judgment").

THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF INDIANA IS THEREFORE COMMANDED to levy **any** non-exempt tangible property of the Judgment Debtor, including, but not limited to, monies, vehicles, equipment, parts, supplies, or machinery of Center Garage, Inc., located at either 11009 W. 133rd Avenue, Cedar Lake, Indiana 46303 or 12615 South Wicker Boulevard, Cedar Lake, Indiana 46303. The United States Marshal is hereby authorized to use whatever force necessary to execute this order.  Plaintiffs will be responsible for retaining and holding said property pending sale, the proceeds from which will be paid to the Clerk's office in order to satisfy said Judgment, interest, and costs. The United States Marshal will return this Writ as soon as practicable, with your doings thereon.

In addition, Plaintiffs Daniel and Karen Artmann will provide an advance deposit to cover all of the United States Marshal's estimated expenses. Plaintiffs or their counsel will also

2

accompany the United States Marshal in executing the writ and will be available to answer any questions that may arise during the execution.

In Witness of which, I, the undersigned, Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, herein affix the seal thereof, and subscribe my name, at _____, Indiana, this \_\_\_\_ day of _____, 2012.

_____
Clerk, United States District Court for the Northern District of Indiana